[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PC SCAN DIRECT PC7**

**RECEIVED** JC

5/31/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**24-CV-4531**

Norman Johnson



SCANNED AT STATEVILLE CC and mailed
05 06 2024 by MD 51 pages
date        Initials      No.

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**JUDGE CHANG**
**MAGISTRATE JUDGE VALDEZ**

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Wexford Health Sources

Dr. Marlene Henze

Bryan T Chua

Michelle Smith

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✗      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Norman Johnson

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

SCANNED AT STATEVILLE CC and emailed
05/06/2024 by MD 51 pages
date        Initials   No.

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Wexford Health Sources

DR. MARlene Henze

Bryan T Chua

Michelle Smith

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

___X___      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: _Norman Johnson_

B.    List all aliases: _____

C.    Prisoner identification number: _R10495_

D.    Place of present confinement: _Stateville Correctional Ctr_

E.    Address: _P.O. Box 112  Joliet, IL  60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Wexford Health Sources, Inc_

Title: _Company_

Place of Employment: _State of Illinois Prisons_

B.    Defendant: _Dr. Marlene Henze_

Title: _Former Medical Director_

Place of Employment: _Wexford & Dep't of Corrections_

C.    Defendant: _Bryan Chua_

Title: _Healthcare Administrator_

Place of Employment: _IL. Dep't of Corrections_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendant

D. Defendant: Michelle Smith

Title: Director of Nursing and
Site Manager

Place of Employment: Wexford Health
Sources, Inc.

(2A)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Norman Johnson v William C. Johnson 2023 MR 000032_

B. Approximate date of filing lawsuit: _Jan 25, 2023_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Norman Johnson_

D. List all defendants: _William C. Johnson_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Sangamon County_

F. Name of judge to whom case was assigned: _Dwayne Grab_

G. Basic claim made: _Breach of Contract Sounding in Tort_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending._

I. Approximate date of disposition: _5-7-24_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Norman Johnson v. Randy Pfister,_ _(Warden) 17-CV-03997_

B. Approximate date of filing lawsuit: _5-25-2017_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Norman Johnson_

D. List all defendants: _Randy Pfister, (Warden) / Reppondent_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois, Eastern Division._

F. Name of judge to whom case was assigned: _John Kness_

G. Basic claim made: _Habeas Corpus_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _It was denied and appealed._
_Not Pending_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Norman Johnson v. Donielle Pitts 2018 F 000102

B. Approximate date of filing lawsuit: Mid, 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Norman Johnson

D. List all defendants: Donielle Pitts

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Will County

F. Name of judge to whom case was assigned: Raymon A. Nash

G. Basic claim made: Visitation of Son Da'von Johnson

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was dismissed.

I. Approximate date of disposition: 5 - 3 - 2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: Norman Johnson v. Nofiyah Israel 2018 F 000355

B.   Approximate date of filing lawsuit: Mid, 2018

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Norman Johnson

D.   List all defendants: Nofiyah Israel

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Will County

F.   Name of judge to whom case was assigned: Raymond A. Nash

G.   Basic claim made: Visitation of daughter Nora Johnson

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was dismissed on 5-3-2019

I.   Approximate date of disposition: 5-3-2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Statement of Claims

(Wexford) is being sued in its official and individual Capacity.

The plaintiff is Suing Wexford Health Sources. Inc. due to its systemic wide spread problem, as well as turning a blind eye to being able to be seen by the orthopedic at UIC Hospital.

Wexford has engaged in a Contract with Illinois Department of Corrections and University of Illinois Center Hospital to only see a certain number of prisoners. The Hospital offers a Medical Services for prisoners at Stateville, Dixon, Sheridan, and Pontiac Corrections. However all four prisons are intentional on how many prisoners to send to the Hospital to avoid exceeding the Contract agreement Number. the prisoners can utilize the Hospital. The Numbers are so Monitor to prevent from going over the Contract agreement, If the Number ever exceeds on how many prisoners can be sent for medical attention at the Hospital, then Illinois Department of Corrections will have to pay for the Hospital Services. Therefore it is a cost cutting effort in deliberately making Sure only a Certain amount of prisoners can be sent to the Hospital If a prisoner is sent to any Hospital other than University of Illinois Hospital, Illinois Department of Corrections has to pay for the Medical Services.

The Plaintiff has enclosed affidavits of other men incarcerated at Stateville Who have Waited over a year or two to be Seen by the orthopedic.

1

It is why the plaintiff is Stating it is a Systemic Wide spread problem for prisoners to be Seen by the Orthopedic at University of Illinois Hospital. The reason why the plaintiff states that Wexford has turned a blind eye to the problem to be seen by the orthopedic at the Hospital is because Wexford has a "tracking System", to Monitor When the referral at the Hospital been realized also the provider is suppose to resubmit the referral, if the referral to a specialist at the Hospital has Not been realized.

Wexford's own policy has failed the Plaintiff for having been seen by the orthopedic. The scheduler Named (Amanda) for university of Illinois appointment Keeps telling those who speak to anyone About being Seen by an Orthopedic, she says "I have a problem getting any one seen by the orthopedic at UIC".

All the providers, especially Dr. Henze knows it is a problem for those of us waiting to be seen by the Orthopedic. There are many men here waiting to be seen by the orthopedic at UIC and while waiting is suffering in pain due to the delayed treatment. It is impossible for Wexford not to know there is a problem with men experiencing delayed and denied medical treatment at the Hospital.

2

The plaintiff is suing (Dr. Henze) in her individual capacity, As the Medical Director. Dr. Henze is responsible for making sure the referrals to any outside specialist is realized. Dr. Henze could have sent the plaintiff to one of the local Orthopedic due to the long delays and denials of the plaintiff being seen. However, Dr. Henze took the interest of Wexford, instead of the interest of her patient being seen for its chronic pain due to the shoulder injury. Dr. Henze is aware of the cost of sending the patient to an Orthopedic besides the Orthopedic at UIC Hospital. Dr. Henze is equally responsible as Wexford is for the delayed and denied Medical treatment at UIC Hospital. Furthermore, Dr. Henze could had resubmitted the referral after Ninety days as Wexford's policy dictates, by not having been seen.

Dr. Henze is in touch with the schedule Amanda and was aware of the problem that the Orthopedic from University of Illinois was not seeing her patients, Not only did Dr. Henze knows the problem for the Men at Stateville not seeing the Orthopedic but All of the providers that are able to submit referrals for the Orthopedic knew the problem of the Men not being seen.

The plaintiff was sending letters to Dr. Henze complaining about not being seen by the Orthopedic. Also, in the letters how the bone was sticking out of its skin and the pain has gotten progressively worst, even the Medication is not addressing the pain. In the letters the plaintiff told Dr. Henze that (Jose) told him "you need a Surgery".

2

However, Dr. Henze ignored all the plaintiff letters.

The plaintiff was asking nurses to tell Dr. Henze he has not been seen by the Orthopedic and the physical therapist and therapy cannot help its shoulder problem.

The plaintiff is sure that Dr. Henze was aware of the problem along with multiple grievances submitted for treatment of his shoulder injury. She ignored the grievances.

The plaintiff is suing (Bryant Chua) Healthcare administrator in its individual capacity. Attached to this complaint is an answer to a number of letters writing Mr. Chua about not being seen by the Orthopedic.

Mr. Chua is aware of the problem not being seen by an orthopedic at UCC Hospital, But has joined Dr. Henze and Wexford by delaying and denying the plaintiff of needed medical treatment.

Mr. Chua could have intervene by asking Dr. Henze to send the plaintiff to a local Orthopedic to be treated for its Chronic left Shoulder pain, But joining Wexford and Dr. Henze in saving both Wexford and Illinois Department of Corrections money. He refused to intervene on behalf of the plaintiff serious chronic medical needs. As the Healthcare Administrator, he is responsible for making sure the plaintiff recieved adequate medical care. It was over two years from the plaintiff's left shoulder injury when Mr. Chua responded to the plaintiff's Correspondence September 10, 2023 Its so is impossible that any doctor would say according to the standard of care. After two years, the plaintiff has not been seen by the ~~by the~~ Orthopedic. Even as the plaintiff submit this complaint

ON today's date ~~signed~~ the plaintiff is still awaiting to see an Orthopedic. Basically as the Healthcare Administrator Mr. Chua ignored the plaintiffs' Serious medical need. Or Better Stated he turned a blind eye to the delayed and denied Medical treatment.

Mr. Chua has a responsibility of Making Sure Wexford and Wexford providers are providing adequate Medical Care, However he failed in his job as the Healthcare administrator.

The plaintiff is Suing (Michelle Smith) as the Director of Nursing, and the Site Manager in her individual capacity. Michelle Smith responded to one of the many grievances answered an unanswered on May 4, 2022 Stating "Referral has already been submitted for UIC clinic", Which refers to the Orthopedic Clinic. Michelle Smith Was aware of the ~~Adequate~~ delayed (denied) medical treatment of the plaintiffs of being aware of the plaintiffs Medical Condition, She did absolutely Nothing.

Michelle Smith actually joined Dr. Henze, Wexford, and Healthcare administrator by not intervening to get the plaintiff the Needed Medical Care. IF Not UIC Hospital, at Some local Orthopedic that DR. Henze has used for Some prisoners at Stateville. As the Site Manager and Director of Nursing for Wexford, Michelle Smith had the Capability of telling DR. Henze or ANY authorized provider to Send the plaintiff to the local Orthopedic, due to the problem getting worst. The plaintiff Seen in a timely fashion, But she Chose to do absolutely Nothing, but allow the plaintiff to Continue in his Suffering from

5

chronic pain. The plaintiff has spoken to Michelle Smith at least 2 or 3 times about not being seen by the Orthopedic and also the plaintiff has sent letters (via) Nurses to give to Michelle Smith about the problem, Not seeing the orthopedic. However inspite of letters, Grievances, and conversations Michelle Smith refused to make sure the plaintiff receive His constitutional right for adequate medical care. Michelle Smith allowed Money to be her decision of not making sure the plaintiff recieves adequate Medical attention.

The plaintiff has exhausted its Administrative remedy. Attached to this Complaint is proof that the administrative remedy has been done. It will be noted that inspite of the plaintiff having a very serious Medical problem everyone who responded to the Grievance denied the grievance with an exception of an Emergency Grievance by the Wardens office accepting the grievance as an Emergency, But Springfield denied the Grievance. It is believed the Grievance responses is a due process violation due to how long it takes to get responses to grievances Also for Not getting any viable responses to help the plaintiff recieve the needed medical attention for its Chronic left Shoulder pain. There are a Number of outstanding grievance that the administrative Review Board has Not responded to. Both the grievance officers, and the administrative Review Board have Allowed the time to expire according to their policy in which a response shall not been done. However the plaintiff has exhausted its administrative Review Remedies.

6

to start physical therapy. The doctor told the plaintiff

7

ON September 22, 2021, The plaintiff injured its left shoulder. The plaintiff went to Healthcare

ON September 22, 2021, The plaintiff injured its left shoulder. The plaintiff went to Healthcare to receive medical attention for its shoulder. The nurse that the plaintiff saw in Healthcare told the plaintiff; "there isn't a doctor here, but you will be scheduled tomorrow to see Dr. Henze". The plaintiff in agonizing pain waited a longtime to see Dr. Henze, but was denied seeing her. The plaintiff tried to stop Dr. Henze to express how painful its injury was, But she kept walking out of the Healthcare unit. However one of the nurses that told the plaintiff "you will be rescheduled", demostrted some empathy care and by calling Dr. Henze and telling her how serious my injury was. Dr. Henze told the nurse "to send him to Saint Joseph Hospital (Emergency Room). The plaintiff saw Dr. John a doctor from Saint Joseph for its shoulder injury on September 23, 2021. After a X-Ray was done. That Doctor Ordered a Lidocane for seven days. Dr. Henze refused to continue the treatment of the "Lidocane" patch for the plaguing pain. On October 7, 2021, The plaintiff was seen by one of the provider and was told "I will put you in for physical Therapy". During the visit with the Provider, the plaintiff expressed how painful its shoulder injury is inspite of the medication. The plaintiff continued to complain about its shoulder injury and was seen by Dr. Aguinaldo on October 18, 2021 about its injury. The plaintiff expressed how painful its injury

he would look into why his physical Therapy has Not Started.

The plaintiff filed an Emergency Grievance on December 23, 2021 about how Its shoulder bone was sticking out of its skin along with lack of mobility with its left arm and neck. At that time the only diagnosis of its injury was a "dislocated shoulder injury" The pain was So Severe, it kept me up at night and I wasn't able to sleep. All of My normal activities that required me to use my left arm added to the ongoing pain.

In the Grievance, the plaintiff complained about Not having seen the physical therapist after two Months being told that I was put in for physical Therapy. After having told the Nurses. The plaintiff was seeing Nurses passing out Medication. He plaintiff to be Seen by a Provider. During the visit with the provider, the plaintiff Continued to complain that inspite of the medication, how painful the injury continues, Also it is altering my daily life activities due to the pain. Unable to excersise, to Wash My Clothes, even Brushing My teeth caused pain with My left Shoulder. The plaintiff could not sleep most Nights. It Was So bad during the day time, My body would automatically go into sleep mode, because I was unable to sleep at Night. Even todays date, the plaintiff signed this Complaint. Sleepless nights continues due to the Shoulder pain. The provider that the plaintiff Saw on January 6, 2022 told me "Physical Therapy Is still pending, Also she Said, I will put you in to see the specialist at UIC."

R

At That time the plaintiff's Shoulder injury Was so bad, anyone Who Saw the Abnormality of the Shoulder Would SAY "Something is Wrong With your Shoulder".

The plaintiff Was Seen by Nurse sick Call in the housing unit Concerning Its shoulder injury on february 10, 2022, The Nurse told the Plaintiff, "You Would be Seen by a doctor today, because this is a Serious Matter." However, the doctor's Visit Never Materialized. The plaintiff Was Seen by Provider Bruckner Concerning Its Shoulder The plaintiff Continued Complaining About the pain, and getting Worst. Provider Bruckner told the plaintiff "I Will check into to see whether you are Scheduled for the orthopedic at UIC, IF Not, I will put you in for It. The plaintiff Made provider Bruckner aware of an Emergency Grievance Concerning Not recieving adequate Medical Attention for my Shoulder injury to the Warden.

On March 21, 2022 Physical Therapy happened. It WAS when the physical Therapist Said, "You have a grade 2 to 3 Acromio Clavicular Seperation ligament Torsion." Also, he Said "your Clavicle is Not fully Attached. Lastly, he said "you Need Surgery."

The plaintiff Went to Nurse Sick Call On March 29, 2022, Complaining About the plaguing Shoulder pain. Also, Not having Seen the orthopedic at UIC Hospital, The Nurse told the plaintiff, "I Will put you in to See DR. Henze". Also, On March 29, 2022, The plaintiff had physical Therapy. The physical Therapist (Jose) told the plaintiff, "I have talked to DR. Henze About your Shoulder. She told me, you are going to

9

the orthopedic at UIC Hospital." On April 12, 2022, Former Asst. Warden Osborne came to the cell with one of the Nurses during his touring the cellhouse. He was aware of the plaintiff's shoulder problem. Also he signed off on the Emergency Grievance on behalf of Warden Gomez, He Also told the plaintiff, "You Would be seeing Dr. Henze and you are going to see the Specialist at UIC. The plaintiff was seen by Provider Bruckner About Its Shoulder. She talked on the phone to the physical Therapist (Jose) concerning the plaintiff's Shoulder on March 26, 2022. The plaintiff Saw Dr. Bautista on on May 5, 2022 about Its shoulder pain, Also how much longer before the Orthopedic appointment will happen. Dr. Bautista talked to provider Bruckner and the Physical Therapist About the plaintiff's Shoulder issue. On August 2, 2022, the plaintiff was seen by Dr. Aguinaldo, and the plaintiff asked how Much longer until I go to UIC to see the Orthopedic? He did not know. The plaintiff was seen by provider LOLA and inquired about its referral to the Orthopedic. She said "the paperwork was never put in". This was on August 16, 2022. Again, the plaintiff went to Nurse Sick Call on September 15, 2022 and was Seen by Nurse Paris J Stallworth and informed the Nurse the Shoulder pain still exist. On September 19, and 23, 2022 the plaintiff SAW Provider Bruckner About how the plaintiff Could not perform daily activities without adding Addition pain with its Shoulder. She told the plaintiff, "I will do another Referrall to the Orthopedic at UIC. The plaintiff went to Nurse sick Call on October 15, 2022 inquiring About the Orthopedic appointment at UIC. At that time there wasn't any scheduled

appointment for the Orthopedic. The plaintiff was put in by the Sick Call Nurse to see provider Bruckner on November 18, 2022 and December 12, 2022 but Nothing was scheduled for the orthopedic She said "Sometimes you guys slip through the cracks, but, I will resubmit you." It appeared that provider Bruckner had gotten frustrated on February 16, 2023. Because she called the Scheduler (Amanda) to find out why the plaintiff has not seen the Orthopedic yet. She was told by Amanda "Ortho" is Not Seeing anyone and once Ortho resume Seeing you guys, you will go out." On September 1, 2023 was seen by Dr. Perez and she told the plaintiff "I will put you in for a MRI for your Shoulder. The plaintiff went to Nurse Sick Call again complaining About Shoulder pain. Also not Seeing the orthopedic at UIC. The Nurse told the plaintiff, "I will put you in to see Dr. Henze." The plaintiff went to Nurse Sick Call on December 11, 2023 and was Seen by Nurse Kanesha, She Said, "I will put you in to see a provider for your Shoulder and your Orthopedic Referral." On December 26, 2023 the plaintiff was seen by provider Orr, But She didn't See any Scheduled appointment for the Orthopedic. The plaintiff was Seen by Provider Orr again About the Orthopedic appointment. She Said, "you will be going soon to the Orthopedic" on February 28, 2024. On April 29, 2024, The plaintiff went to Nurse Sick Call to complain to Nurse Kim About All the delays In Seeing the Orthopedic. She could not provide any meaningful Information About being Seen by the Orthopedic

11

Those who are in charge of the plaintiff's
Medical care have failed Miserally in getting the
Needed medical attention to My Injury that happened
on September 22, 2021. We are Switlly approaching
Nearly three years waiting to see an Orthopedic.
The Worst thing About the lack of Medical care
at Stateville there are a Number of men here
who have been waiting to see an Orthopedic as
well. It is unconsionable how Wexford defendants
as well as Illinois Department of Connection defendants
have Allowed the plaintiff to Suffer for Nearly three
years without adequate Medical care for its
Shoulder. It is as though each Levied Additional
punishment upon the plaintiff due to its Crime
he had been Sentenced to. Inspite it is Not the
responsibility of Wexford Wexford's defendants or
any one of them to inflict pain upon the plaintiff
But it is obvious by the record each one of
them have inflicted or allowed pain and Suffering
upon the plaintiff. Therefore, the plaintiff has run
out of Options of Obtaining adequate Medical
attention for its Shoulder. Now the only possible
way of receiving Medical attention to its
Shoulder is by Court intervention.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Recieve Compensatory and Punitive damages by a jury Jury or Settlement from a Settlement Conference Enjunitive Relief by being Sent to the local Orthopedic for treatment on my Shoulder, to Recieve filing Fees as well as any copies Cost.

**VI.**     The plaintiff demands that the case be tried by a jury.     ☒ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of ___May___, 20_24_

OFFICIAL SEAL
JANIS R GARRISON-ELMORE
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 11/04/2024

_Norman C. Johnson_
(Signature of plaintiff or plaintiffs)

_Norman Johnson_
(Print name)

_R 10495_
(I.D. Number)

_Stateville Correctional Center_

_P.O. Box 112_

_Joliet, IL 60434_
(Address)

Assigned Grievance #/Institution: _Statev_  Hous. _C-63_ Bed #

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

2nd Lvl rec: **RECEIVED**
1st Lvl rec: STATEVILLE C.C.
APR 1 1 2022
**GRIEVANCE DEPARTMENT**
BY: _____

Date: 3-23-22  Offender (please print): Norman Johnson  ID #: R10495  Race (optional):

Present Facility: Stateville  Facility where grievance issue occurred: Stateville

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence

**RECEIVED**
STATEVILLE C.C.
MAR 3 0 2022
**GRIEVANCE DEPARTMENT**

Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On (9-23-2021) i was rush to the "Emergency Room" at [Saint Joseph] for an injury to my Shoulder (left) I was told that the bone should pop back in place once the swelling goes down, but this has not happen. So, i wrote a "Grievance" about this matter (An Emergency Grievance) Grievance no # 10 — ALSO, I will be attaching that grievance to this one as an Exhibit. For further evidence i had an appointment with (NP) Brucker on (3-1-2022) and was told that i was not put in

☑ Continued on reverse

**Relief Requested:**

_____
_____
_____
_____

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

Norman Johnson  R10495  3-23-22
Offender's Signature  ID#  Date
(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  ☐ Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____

_____  _____  _____
Print Counselor's Name  Sign Counselor's Name  Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: 4/05/22

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

C. Trink  4/05/22
Chief Administrative Officer's Signature  Date

Ex.

Assigned Grievance #/Institution: *Stateville*     Housing Unit: C-654    Bed #:

1st Lvl rec:                    ILLINOIS DEPARTMENT OF CORRECTIONS          2nd Lvl rec:
                                     Offender's Grievance

to go out and a specialist/ Ortho. And She put me in for
Physchial Therapy. On (3-21-22) i was seen by (Jose) the
"Physchial Theerapist" and i explain to him too that i filed a
Grievance about my Shoulder still being dislocated and the
bone sticking up/outoward. He than looked at my Medical
Records and told me that there is Nothing in the Records
about me going out to see (Ortho/Specialist.) nor am i
schedule to see "DR. Henzie". As the grievance suggested,
The Grievance that i fild on this issue and that i am attaching
to this Grievance was ruled an Emergancy by the "Warden."
And the response was that i was put in to see (DR. Henzie)
and for Ortho/Specialist. But again, this response was a
lie by the "Warden"

## Please, Tell me why this Grievance is not an Emergancy like the last one.

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

Ex.

# 10

Assigned Grievance #/Institution: __Stateville C.C.__

Housing Unit _____ STATEVILLE C.C.

Bed #

JAN - 7 2021

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec'd _____

2nd Lvl rec: _____

RECEIVED BY _____ MENT

Date: __12-23-21__

Offender (please print): __Norman Johnson__

ID #: __R10495__

Place (A)

Present Facility: __Stateville C.C.__

Facility where grievance issue occurred: __Stateville C.C.__

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

Date of report _____  Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On (9-22-2021) i injured my left shoulder on the yard. I
was taken to the (H.C.U) but was told that it wasn't a
Doctor in, so they would call me back over to see a
Doctor in the morning. The next morning, on (9-23-2020) i
call back to the (H.C.U) to see DR. Henzie, but she refused
to see me, after She was told that my Shoulder was out
place. And she whent home. I was then told by (Med-Tec)

[X] Continued on reverse

**Relief Requested:**

To be seen by a specialist and because the Bone in my
shoulder is visiably sticking out of place and i don't have full
mobility of my left aim and Neck. (Please) HELP!
(Shoulder, out of place/Dislocated).

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Norman Johnson_ __R-10495__ __12-23-2021__
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name _____  Sign Counselor's Name _____  Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: __1/14/22__  sent to HCU for response to Griev. off on
status and not user evicted for

Is this determined to be of an emergency nature?

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Came back 10/12 seen by provider. Seen 1/6/22 by MP referred for ortho 9/23/21

HU w/Jd. Hellie

_____ Chief Administrative Officer's Signature   K   __1/14/22__   Referred to ortho.
Date

Ex.
# 10

Assigned Griev. ~~█████~~ Stateville          Housing Unit: C-654   Bed #:

1st Lvl rec:                ILLINOIS DEPARTMENT OF CORRECTIONS        2nd Lvl rec:
                                  Offender's Grievance

Share, that she could call DR. Henzie on her cell phone and ask for permission to send me out to the Emergency Room because my shoulder was out of place and that i was in a lot of pain. So, she did and i was sent out to the Emergency Room at "Saint Joseph Medical Center" [Emergency Department] I was seen for Neck Pain an injury of left shoulder. My caregivers at Saint Joseph was Physician; Paik, John M (M.D.) and Nurse; ML.
I was given an (X-Ray) and told that my shoulder should pop back in place. The (X-Ray) was taken of my Neck and my shoulder. Also, i was given a "Lidocaine Patch" for my shoulder by (Saint Joseph) and told that i would be given one everyday for 7 Days. But that never happen. I ask the nurses at Stateville about it, but was told that Stateville dont allow that, (Lidocaine Patch)
On (10-7-2021) I was by a Woman DR. about my shoulder and Neck, and was told ~~again~~ that it should pop back in place, but that she's going to put in for (Ficical Therapy) and that they should call me within the next few months. On (10-18-2021) i was seen by DR. A and complain of my should being out place still and still pain, and he said that he would check with (Ficical Therapy) and see whats the hold up and also see if they can get me in by the end of Nov, 2021 But its almost a new year and i've been complaining to the nurses of my shoulder being out of place and in pain and the fact that i have not been by "Ficical Therapy" yet. And the last time i was seen by a Doctor was 2½ months ago. (Shoulder; out of place/Dislocated and in pain!)

If this grievance is ruled as not an emergency, (Please) explain because i was sent out to the emergency room. and my shoulder is still out of place/Bone is sticking up and i am still in pain.

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

*Ex*

**URGENT**

signed Grievance # _____ ~~ville~~ C.C.   Housing Unit: C 4 5 4   STATEVILLE C.C.

JAN 2 0 2022   Bed #: _____

Lvl rec: _____   ILLINOIS DEPARTMENT OF CORRECTIONS   JAN – 7 2022

**Offender's Grievance**   2nd Lvl rec: _____

te: _12-23-21_   Offender (please print): _Norman Johnson_   ID #: _R10495_

esent Facility: _Stateville C.C._   Facility where grievance issue occurred: _Stateville C.C._

**ture of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

nplete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated ced receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

imary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for
person involved):

On (9-22-2021) i injured my left Shoulder on the yard. I
was taken to the (H.C.U) but was told that it wasn't a
Doctor in, so they would call me back over to see a
Doctor in the morning. The next morning, on (9-23-2020) i
call back to the (H.C.U) to see DR. Henzie, but she refused
to see me, after her She was told that my Shoulder was out
place. And she whent home. I was then told by (Med-Tec)

[x] Continued on reverse

ef Requested:

To be seen by a specialist ~~and~~ because the Bone in my
Shoulder is visiably sticking out of place. and i don't have full
nobility of my left aim and Neck. (Please) HELP!
(Shoulder, out of place/Dislocated)

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

_Norman Johnson_   _R-10495_   _12-23-2021_
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**inselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

conse:

_____

_____

_____

_____

_____

Print Counselor's Name   Sign Counselor's Name   Date

to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**RGENCY REVIEW:**   Date Received: _1/14/22_   sent to HCU for response to Griev. off on
status and how issue rectified

determined to be of an emergency nature:

'es, expedite emergency grievance

Jo, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   K   _1/14/22_
Chief Administrative Officer's Signature   Date

Ex

Assigned Griev. ~~█████~~ Stateville

Housing Unit: C-654   Bed #:

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

Share, that she could call Dr. Henzie on her cell phone and ask for permission to send me out to the Emergency Room because my Shoulder was out of place and that i was in a lot of pain. So, she did and i was sent out to the Emergency Room at "Saint Joseph Medical Center" [Emergency Department] I was seen for Neck Pain an injury of left Shoulder. My caregivers at Saint Joseph was Physician; Paik, John M (M.D.) and Nurse; M.L.
I was given an (X-Ray) and told that my Shoulder should pop back in place. The (X-Ray) was taken of my Neck and my Shoulder. Also, i was given a 'Lidoaine Patch' for my Shoulder by (Saint Joseph) and told that i would be given one, everyday for 7 Days. But that never happen. I ask the nurses at Stateville about it, but was told that Stateville dont allow that, (Lidocaine Patch)
On (10-7-2021) I was by a Woman DR. about my Shoulder and Neck, and was told ~~ohts~~ that it Should pop back in place, but that she's going to put in for (Ficical Therapy) and that they should call me within the next few months. On (10-18-2021) i was seen by DR. A and complain of my Should being out place still and Still pain; and he said that he would check with (Ficical Therapy) and see whats the hold-up and also see if they can get me in by the end of Nov. (2021). But its almost a new year and i've been complaining to the nurses ot my Shoulder being out of place and in pain and the fact that i have not been by "Ficical Therapy" yet. And the last time i was seen by a Doctor was 2½ months ago (Shoulder out of place/Nijing ted a din pain)

~~If this grievance is ruled as not an emergency. (Please) explain because i was sent out to the emergency room. and my shoulder is still out of place/Bone is sticking up and i am still in Pain.~~

Ex

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 01/07/2022 | Date of Review: 04/03/2022 | Grievance # (optional): 10 |
| Offender: Norman Johnson | | ID#: R10495 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Facts Reviewed: Grievant claims on a grievance written 12/23/21 that he injured his left shoulder on the yard on 9/22/21. He wants to see a specialist because the bone in his shoulder is sticking out and he does not have fully mobility of his left arm and neck. Grievance was initially filed as an emergency and deemed an emergency by the CAO. Grievant was sent to HCUA for review and response to the Grievance Office.

Grievance Officer finds that per C. Nowke, RN, "9/23/21 sent to St. Joe's ER for left shoulder injury. 9/23/21 returned from St. Joe's. 10/7/21 seen by provider for left shoulder writ follow up. Permits renewed as requested. No follow scheduled. Patient is to follow up as needed for shoulder pain. 1/6/22 seen by provider for stated left shoulder dislocation. Patient referred to UIC ortho. Pending UIC ortho schedule. Pending physical therapy referral. Patient is on Tramadol, Neurontin, and Robaxin for pain.

This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.

**Recommendation:**

Grievance is MOOT.

Anna McBee

Print Grievance Officer's Name          Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 4/7/22 | ☑ I concur   ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature          4/7/22          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature          ID#          Date



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 03/30/2022 | Date of Review: 05/04/2022 | Grievance # (optional): 478 |
| Offender: Norman, Johnson | | ID#: R10495 |

**Nature of Grievance:**
Medical (Emergency)

**Facts Reviewed:**
Grievant claims on a grievance written 3/23/22 that he went to the Emergency room on 9/23/21 for a shoulder injury. Grievant claims he already wrote a grievance on this issue that was deemed to be non-emergency. Grievant claims he had met with NP Bruckner on 3/1/22 where he was told that he was not put in for specialist/ortho. Grievant also claims that the physical therapist also told him that he is not scheduled to see a specialist/ortho. Grievant wants to be seen by a specialist for his shoulder.

This grievance has been deemed not an emergency by CAO.

This issue has been addressed on grievance #10.

This is additional information since grievance #10 was answered. Per DON M. Smith, "5/4/22, MD note says that "referral has already been submitted for UIC clinic." Currently awaiting for UIC to schedule."

Grievant should sign up for nurse sick call if he is having any further issues.

This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON/s/RN's recommendation / diagnosis

**Recommendation:**
After a total review of all available evidence, it is recommended that this grievance is MOOT.

| Tom Scott, CCII | T. Scott CCII |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |
| (Attach a copy of Offender's Grievance, including counselor's response if applicable) | |

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 5/19/22 | ☑ I concur ☐ I do not concur ☐ Remand | |

**Action Taken:**

| C. Trus | 5/19/22 |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

| Offender's Signature | ID# | Date |
|---|---|---|

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: *Johnson, Norman*

Date: *6/9/22*

ID#: *R10495*

Facility: *Stateville*

This is in response to your grievance received on *6/1/22*. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: *3/23/22*  Grievance Number: *478*  Griev Loc: *Stateville*

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☒ Other *Medical - treatment for injured left shoulder*

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☐ Other: _____

FOR THE BOARD: *Debbie Knauer*
Debbie Knauer
Administrative Review Board

CONCURRED: *Rob Jeffreys*
Rob Jeffreys
Director

CC: Warden, *Stateville* Correctional Center
*Johnson*, ID# *R10495*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*